UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHARLES REED,

     Plaintiff,

  v.                                  Case No.: 05-C-1126

ALSCO INC., f/k/a
American Linen Supply Company,

     Defendant.

## ORDER OF DISMISSAL

Based upon the Joint Stipulation of Dismissal and for good cause appearing, the Court ORDERS:

All of Plaintiff's claims in this action are dismissed with prejudice, with each party to bear his/its own costs and attorneys' fees.

DATED this 24th day of January, 2007.

                                                  BY THE COURT:

                                                  s/ RUDOLPH T. RANDA
                                                  Hon. Rudolph T. Randa
                                                  CHIEF JUDGE